# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BARBARA "BARBIE" EVERSON
IRWIN, INDIVIDUALLY AND AS
THE INDEPENDENT EXECUTRIX OF
THE SUCCESSION OF SAMUEL C.
IRWIN, M.D.

NO.  2021 CW 0323

VERSUS

**JULY 6, 2021**

BARBARA LANE IRWIN GARON AND
MARK MURRAY GARON

---

In Re:   Barbara Lane Irwin Garon and Mark Murray Garon, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 697307.

---

**BEFORE:   McDONALD, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

MRT
EW

**McDonald, J.**, dissents and would grant the writ.  Under the doctrine of res judicata, a second action is precluded when the following factors are satisfied: (1) the judgment is valid; (2) the judgment is final; (3) the parties are the same; (4) the cause or causes of action asserted in the second suit existed at the time of the final judgment in the first suit; and (5) the cause or causes of action in the second suit arose out of the same transaction or occurrence that was the subject matter of the first litigation. **Alfred v. RPM Pizza, LLC**, 2018-1723 (La. App. 1st Cir. 5/31/19), 278 So.3d 376, 379.  The first three factors are undisputed herein.  The evidence established that the cause of action asserted in the present suit existed at the time of the earlier lawsuit filed in 2016 and that the present lawsuit arose out of the same transaction or occurrence that was the subject matter of the first litigation, namely the Act of Cash Sale and Counter Letter executed in 2015.  Moreover, exceptional circumstances under La. R.S. 13:4232 do not exist in this case to bar the application of res judicata.  Accordingly, I would grant the exception of res judicata filed by Defendants and dismiss all claims asserted by Plaintiff, Barbara "Barbie" Everson Irwin, individually and as the independent executrix of the succession of Samuel C. Irwin, M.D., against Defendants, Barbara Lane Irwin Garon and Mark Murray Garon, with prejudice.


COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT